No. 321. JOHNSON, TREASURER OF CALIFORNIA, ET AL. *v.* M. G. WEST CO. Appeal from the District Court of Appeal, 3d Appellate District, of California. Decided October 11, 1937. *Per Curiam:* The motion of the appellee to

dismiss the appeal is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. The petition for certiorari is denied. *Messrs. U. S. Webb* and *H. H. Linney* for appellants. *Mr. Richard W. Young* for appellee.